NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOEBEY CALDWELL,<br><br>            Plaintiff,<br><br>v.<br><br>THE CITY OF IRVINE; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 8;23-cv-01884-FWS-DFM<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 41 [32]** |

///
///
///

1  Having reviewed and considered the Joint Stipulation for Dismissal pursuant to
2  Federal Rules of Civil Procedure Rule 41 [32] ("Stipulation"), the files and records of
3  the case, the applicable law, including Federal Rule of Civil Procedure 41, and good
4  cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

6  The above-captioned case (8:23-cv-01884-FWS-DFM)) is **DISMISSED**
7  **WITH PREJUDICE**, in its entirety.

9  **IT IS SO ORDERED**.

12  Dated: June 3, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE